**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Catalino Albarran ESCOBAR,
also known as Don Cheto,
Defendant-Appellant**

**No. 15-41619
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 21, 2017

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, Christopher Andrew Eason, Esq., Grover Glenn Roque-Jackson, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Catalino Albarran Escobar, Pro Se

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Catalino Albarran Escobar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Escobar has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Escobar's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.